# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Doralice Yvette Cruz a/k/a Doralice Y. Cruz, a/k/a Doralice Cruz** | **BK NO. 23-01682 MJC** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                      /s/ *Denise Carlon*
                                      Denise Carlon
                                      01 Aug 2023, 17:30:49, EDT

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322