Certificate Number: 12433-PAM-DE-037713645

Bankruptcy Case Number: 23-01682



12433-PAM-DE-037713645

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2023, at 10:59 o'clock AM EDT, Doralice Y. Cruz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 28, 2023      By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher