United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Doralice Yvette Cruz  
    Debtor

Case No. 23-01682-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 28, 2023      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doralice Yvette Cruz, 7114 Robinwood Drive, Tobyhanna, PA 18466-3531 |
| 5556507 | + | DAVID STRAUBE, TSAROUHIS LAW GROUP, 21 S, 9TH STREET, SUITE #200, ALLENTOWN, PA 18102-4861 |
| 5556508 | + | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5556516 | + | MEMBERS FIRST FCU, 390 WALNUT STREET, DANVILLE, PA 17821-1503 |
| 5556517 | + | NORTHWEST BANK, PO BOX 1793, WARREN, PA 16365-6793 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5556501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 18:49:21 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5556502 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 18:37:00 | CALVARY SPV I LLC, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5556503 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 18:37:00 | CAVALRY SPV, LLC, ASSIGNEE OF CITIBANK, 500 SUMMIT LAKE DR., SUITE 400, VALHALLA, NY 10595-2321 |
| 5556504 | | Email/Text: BKPT@cfna.com | Aug 28 2023 18:37:00 | CFNA/FIRESTONE, P.O. BOX 81344, CLEVELAND, OH 44188-0344 |
| 5556505 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 18:37:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5560002 | | Email/Text: BKPT@cfna.com | Aug 28 2023 18:37:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5556506 | + | Email/Text: BKPT@cfna.com | Aug 28 2023 18:37:00 | CREDIT FIRST NA, 6275 EASTLAND RD #5, BROOKPARK, OH 44142-1399 |
| 5556509 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 18:37:00 | DISCOVER BANK, PO BOX 15316, ATT CMS PROD DEV, WILMINGTON, DE 19850 |
| 5556510 | + | Email/Text: dplbk@discover.com | Aug 28 2023 18:37:00 | DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5557774 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 18:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5556511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 19:00:10 | GOODYEAR TIRE/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5556512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 18:37:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5556513 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 28 2023 18:37:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5556514 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 18:49:31 | LOWE'S/SYNCHRONY BANK, PO BOX |

| Recip ID | | Notice Type / Email Address | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 530914, ATLANTA, GA 30353-0914 |
| 5561497 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 18:48:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5556515 | | Email/Text: camanagement@mtb.com | Aug 28 2023 18:37:00 | M&T BANK, CONSUMER LENDING DEPT, PO BOX 2187, BUFFALO, NY 14240 |
| 5557156 | + | Email/Text: Unger@Members1st.org | Aug 28 2023 18:37:00 | Member's 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5556518 | | Email/Text: heather.mauro@northwest.com | Aug 28 2023 18:37:00 | NORTHWEST SAVINGS BANK, PO BOX 3001, 100 LIBERTY STREET, WARREN, PA 16365 |
| 5560882 | + | Email/Text: heather.mauro@northwest.com | Aug 28 2023 18:37:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 5556519 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 18:49:04 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5556520 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 28 2023 18:37:00 | TBOM RETAIL, P.O. BOX 4499, BEAVERTON, OR 97076-4499 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5558008 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Doralice Yvette Cruz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Doralice Yvette Cruz, aka Doralice Y. Cruz, aka Doralice Cruz, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−01682−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 28, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 5, 2023<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing (*L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2023 |

ntcnfhrg (08/21)